UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT RANDAL,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF NURSING H.D.S.P., et al.,<br><br>    Defendants. | Case No. 2:22-cv-01957-CDS-NJK<br><br>**ORDER** |

On November 11, 2022, pro se plaintiff Robert Randall, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. Docket No. 1-1. Plaintiff, however, did not apply to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)-(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than February 7, 2023, Plaintiff must either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Robert Randal the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits, Docket No. 1-1, but not file them at this time.

IT IS SO ORDERED.

DATED:   January 6, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE